

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00323-CV

**CESAR ORNELAS LAW, PLLC**, and Cesar Ornelas, II
Appellants

v.

Helen **CASTRUITA**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-23441
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED October 14, 2020.

Liza A. Rodriguez, Justice